**No. 11-5620. Joseph Taylor, Petitioner v. Joseph Visinsky, et al.**

565 U.S. 947, 132 S. Ct. 406, 181 L. Ed. 2d 266, 2011 U.S. LEXIS 7341, 

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 422 Fed. Appx. 76.

**No. 11-5621. Antonio Kendrick, Petitioner v. Marcus Hardy, Warden.**

565 U.S. 947, 132 S. Ct. 406, 181 L. Ed. 2d 266, 2011 U.S. LEXIS 7412.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-5631. Albert Jones, Petitioner v. California.**

565 U.S. 947, 132 S. Ct. 407, 181 L. Ed. 2d 266, 2011 U.S. LEXIS 7415.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 346, 121 Cal. Rptr. 3d 1, 247 P.3d 82.

**No. 11-5635. Alton E. Urbauer, Petitioner v. Oklahoma.**

565 U.S. 947, 132 S. Ct. 407, 181 L. Ed. 2d 266, 2011 U.S. LEXIS 7271.

October 11, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Oklahoma denied.

**No. 11-5636. Memphis Ford Ware, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 947, 132 S. Ct. 446, 181 L. Ed. 2d 266, 2011 U.S. LEXIS 7308.

October 11, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 67 So. 3d 201.

**No. 11-5645. Elena Sturdza, Petitioner v. United Arab Emirates, et al.**

565 U.S. 948, 132 S. Ct. 407, 181 L. Ed. 2d 266, 2011 U.S. LEXIS 7438, 

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 412 Fed. Appx. 317.

**No. 11-5648. Robert Maxwell, Petitioner v. D. White, Warden.**

565 U.S. 948, 132 S. Ct. 407, 181 L. Ed. 2d 266, 2011 U.S. LEXIS 7326.

October 11, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 411 Fed. Appx. 939.